

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MANUEL BORREGO, M.D., | § | |
| Appellant, | § | No. 08-13-00154-CV |
| v. | § | Appeal from |
| MICHELLE C. BAKER, INDIVIDUALLY AND AS NEXT FRIEND OF HANNAH BAKER, AIDAN BAKER, AND ASHTYN BAKER, MINOR CHILDREN, AND VALERIE HICKS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LUCAS EDWARD BAKER (DEC.), | § § § § § § | County Court at Law No. 3 of El Paso County, Texas (TC # 2012DCV07057) |
| Appellees. | § § | |

## **MEMORANDUM OPINION**

Pending before the Court is a motion filed by Appellant, Manuel Borrego, M.D., to dismiss the appeal TEX.R.APP.P. 42.1(a)(1) because the parties have reached an agreement regarding the expert report which is the subject of the appeal. This agreement has rendered the appeal moot. We grant the motion and dismiss the appeal.

February 19, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.